**STATE of Missouri, Respondent,**

v.

**Jess E. SCHIRLLS, Appellant.**

**No. WD 58391.**

Missouri Court of Appeals,
Western District.

June 19, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2001.

Craig A. Johnston, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH P. ELLIS, Presiding Judge, HAROLD L. LOWENSTEIN, Judge and PATRICIA BRECKENRIDGE, Judge.

### ORDER

PER CURIAM:

Jess E. Schirlls appeals his convictions by a jury of two counts of first degree child molestation, § 566.067, RSMo 1994. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the rea-